■ In the Matter of DAVID DONATO, Appellant, v BRIAN FISCH-ER, as Commissioner of Corrections and Community Supervision, Respondent. [986 NYS2d 372]—Appeal from a judgment of the Supreme Court (McKeighan, J.), entered April 17, 2013 in Washington County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Judgment affirmed. No opinion.

Lahtinen, J.P., McCarthy, Garry and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, without costs.